NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TURFGRASS GROUP, INC. AND UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.,**
*Plaintiffs-Appellants,*

**v.**

**CAROLINA FRESH FARMS, INC., CAROLINA FRESH FARMS, L.L.C., formerly known as Carolina Fresh Farms, Inc., AND JOHN A. FOGLE, SR.,**
*Defendants-Appellees.*

---

2014-1017

---

Appeal from the United States District Court for the District of South Carolina in No. 5:10-CV-00849, Judge J. Michelle Childs.

---

**JUDGMENT**

---

DAMON C. WLODARCZYK, Riley Pope & Laney, LLC, of Columbia, South Carolina, argued for plaintiffs-appellants. Of counsel on the brief was DUFF NOLAN, Nolan Law Group, PLLC, of Stuttgart, Arizona.

ROBERT F. GOINGS, Goings Law Firm, LLC, of Columbia, South Carolina, argued for defendants-appellees. Of counsel on the brief was CHRISTIAN E. BOESL, Collins & Lacy, P.C., of Columbia, South Carolina.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 11, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |